**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

LYNN A. VOLPE,
    Plaintiff,

    v.

ALMOST FAMILY, INC.,
    Defendant.

No. 3:16-cv-2043 (SRU)

## CONFERENCE MEMORANDUM AND ORDER

On March 24, 2017, I held a Rule 16 pretrial conference off the record with Thomas Bucci, attorney for the plaintiff, Lynn Volpe; and Jeffrey Allan Fritz, attorney for the defendant, Almost Family, Inc. We discussed the pleadings, discovery deadlines, and the possibility of settlement in the case.

With respect to the pleadings, Volpe confirmed that she did not intend to bring a claim under 42 U.S.C. § 1981, despite making reference to that statute in her complaint. I encouraged Almost Family to evaluate its affirmative defenses and, in the interest of streamlining discovery, to withdraw those defenses for which it did not presently have support, with the understanding that those defenses could be reasserted with support at a later time in the case.

With respect to discovery, the parties confirmed that the relevant disclosures and requests are under way. Volpe also agreed to provide an updated demand and explanation of her damages claim to Almost Family in order to restart settlement discussions.

I set September 1, 2017 as the discovery deadline and October 1, 2017 as the deadline for dispositive motions. The Rule 26(f) Report is approved to the extent it is not inconsistent with the terms of this order.

So ordered.

Dated at Bridgeport, Connecticut, this 24th day of March 2017.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge